NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


CHARLES E. DAEDA,                        )
                                         )
            Appellant,                   )
                                         )
v.                                       )        Case No.  2D18-488
                                         )
RICHARD S. DAEDA and ESTATE OF           )
RICHARD A. DAEDA,                        )
                                         )
            Appellee.                    )
_____)

Opinion filed November 2, 2018.

Appeal from the Circuit Court for Lee
County; Michael T. McHugh, Judge.

Charles E. Daeda, pro se.

Gordon H. Coffman, Fort Myers, for
Appellee Richard S. Daeda.

No appearance for remaining Appellee.


PER CURIAM.

            Affirmed.


SILBERMAN, VILLANTI, and BLACK, JJ., Concur.